JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>Defendant.[1] | Case No. 2:24-cv-09949-KK-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed. Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED: July 7, 2025

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

---

[1] Leland Dudek became Acting Commissioner of Social Security on February 18, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as Defendant in this suit. The Clerk is directed to update the electronic docket accordingly.